UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA WILSON, an individual<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ST. LUKE'S REGIONAL MEDICAL CENTER, LTD., an Idaho corporation; MIKE McGRANE, an individual; KEVIN KRAAL, an individual; ROURKE YEAKLEY, an individual; JAMES PENNINGTON, an individual; and BRANDY BARTHOLOMEW, an individual,<br><br>　　　　Defendants. | Case No. 1:13-cv-00122-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order issued concurrently, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in defendants' favor.

DATED: December 16, 2014

B. Lynn Winmill
Chief Judge
United States District Court